AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00224 |
| Jonathan Gennaro Mellis (AKA: Jon Gennaro) | ) Assigned to: Judge Faruqui, Zia M |
|  | ) Assign Date: 2/11/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |

_Defendant_

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Jonathan Gennaro Mellis,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111 (a)(1) and (b), § 2- forcibly assault, resist, oppose, impede, intimidate, or interfere Officers and aiding and abetting;
18 U.S.C. § 231(a)(3) and § 2 - Civil Disorder;
18 U.S.C. § 1752(a)(1), (2), and (4) - Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)(E) and (F) - Violent Entry or Disorderly Conduct, obstruct, or impede passage, and engage in physical violence on Capitol Grounds ;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 02/11/2021

_Issuing officer's signature_ 2021.02.11 17:45:19 -05'00'

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 2-11-2021, and the person was arrested on _(date)_ 2-16-2021
at _(city and state)_ WILLIAMSBURG, VA.

Date: 2-17-2021

_Arresting officer's signature_

SPECIAL AGENT DESIRAE MALDONADO
_Printed name and title_