

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

April 28, 2021

**<u>By Email</u>**
Thomas Abbenante
888 17th Street
Suite 1200
Washington, DC 20006
tabbenante@aol.com
*Counsel for Defendant*

                        Re:   *United States v. Jonathan Gennaro Mellis*
                              <u>Criminal No.: 21-CR-206 (EGS)</u>

Dear Counsel:

      This discovery letter concerns the above-referenced case. Among other things, this letter memorializes ongoing discovery that has been provided to you in the above-referenced matter via email.

      **I.**     **Discovery**

          A.     <u>Documents and Digital Files:</u>

| *Platform* | *Quantity* | Description | *Production Date* |
|---|---|---|---|
| **Email** | 2 videos | • Jon_Gennaro_Capitol_Video_5.mp4<br>• Mellis Assault on USCP Officer.mp4 | *2021-04-28* |
| **Email** | 7 pdfs | • SIGNED21-mj-224FINALMELLISComplaintREDACTED.pdf<br>• U_Arrest_and_Interview_of_Jonathan_Gennaro_Mellis.pdf<br>• U_Custodial_Debrief_of_Jonathan_MELLIS_on_3_16_2021.pdf<br>• U_Evidence_Entry_-_Arrest_of_MELLIS.pdf<br>• U_Jonathan_Gennaro_Mellis_Complaint_and_Arr | *2021-04-28* |

|  |  | est_Warrant.pdf<br>• U_Search_executed_at_234_Robertson_St._Williamsburg_VA_23185.pdf<br>• U_Video_Evidence_of_Jonathan_Gennaro_MELLIS_at_U.S._Capitol_assaults.pdf |  |
|---|---|---|---|

Please be advised that we anticipate providing additional discovery in this case.

      B.      <u>Government's Discovery Requests</u>

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

(1) notice of documents and tangible objects the defendant expects to introduce;
(2) a <u>Jencks</u> request for all prior statements of any defense witness (excluding the defendant);
(3) a <u>Lewis</u> request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and
(4) a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, we note our continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

      II.      **Contact Information**

If you have any questions about the information provided above, you may contact me by telephone, fax, or mail; as provided below.

Emory V. Cole
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov

      Respectfully,

      CHANNING D. PHILLIPS
      ACTING UNITED STATES ATTORNEY

      By:    */s/ Emory V. Cole*_____
             Emory V. Cole
             Assistant United States Attorney