

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

May 13, 2021

**_By USAfx_**
Thomas Abbenante
888 17th Street
Suite 1200
Washington, DC 20006
tabbenante@aol.com
*Counsel for Defendant*

                Re:    *United States v. Jonathan Gennaro Mellis*
                       Criminal No.: 21-CR-206 (EGS)

Dear Counsel:

    Pursuant to our discovery obligations, we are providing the following files via USAfx:

- All of the files listed on the attached index, which are part of the Mellis case file.

Among other things, this letter memorializes ongoing discovery that has been provided to you in the above-referenced matter.  By now, you are connected to the USA File Exchange ("USAfx" or "the Box").  As you are aware, there is a case-folder labeled, "Jonathan Gennaro Mellis" and you and your paralegal have access to this case-folder and are able to download its contents.

    **I.**    **Discovery**

        A.    <u>Documents and Digital Files:</u>

    Discovery in the above mentioned case has been uploaded to to the USA File Exchange ("USAfx" or "the Box") titled "Jonathan Gennaro Mellis"  **Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 30 days or less.  It is therefore imperative that you download all discovery as soon as possible.**

    Note that all of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, the same files will be re-produced with bates-stamps at a later date. Nevertheless, we wanted to provide you with we can at this time, as we wait for this processing to be finalized.

| *Platform* | *Quantity* | Description | *Production Date* |
|---|---|---|---|
| **USAfx** | | <u>**HIGHLY SENSITIVE**</u> GoPro Video of U.S. Capitol | *2021-05-13* |
| | 2 pdfs | <u>**HIGHLY SENSITIVE**</u> **Redacted**<br>• 1_CCN___21-002-679_Email_Redacted.pdf<br>• 2_Case_Notes_-_Additional_Video_Clips_Additional_Information_-_Jan_22__2021_10_34_Redacted.pdf | |
| | 2 videos | <u>**HIGHLY SENSITIVE**</u><br>• Fanone BWC to cross reference time on go pro.mp4<br>• Raw360clip in mp4 format.mp4 | |
| **USAfx** | 12 videos | <u>**HIGHLY SENSITIVE**</u> U.S. Capitol Surveillance Videos - Lower West Terrace | *2021-05-13* |
| | | • footage with time stamp<br>   o 0074 USCH BA Lower W Terrace Door Exterior-2021-01-06_14h30min00s000ms.asf<br>   o 0074 USCH BA Lower W Terrace Door Exterior-2021-01-06_14h49min00s000ms.asf<br>   o 0074 USCH BA Lower W Terrace Door Exterior-2021-01-06_15h30min00s000ms.asf<br>• 0074USCHBALowerWTerraceDoorExterior_2021-01-06_14h40min00s813ms.mp4<br>• 0074USCHBALowerWTerraceDoorExterior_2021-01-06_14h53min10s690ms.mp4<br>• 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h05min57s250ms.mp4<br>• 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h20min16s043ms.mp4<br>• 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h38min38s343ms.mp4<br>• 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h57min42s260ms.mp4<br>• 0074USCHBALowerWTerraceDoorExterior_2021-01-06_16h15min38s597ms.mp4<br>• 0074USCHBALowerWTerraceDoorExterior_2021-01-06_16h35min38s600ms.mp4<br>• 0074USCHBALowerWTerraceDoorExterior_2021-01-06_16h55min16s573ms.mp4 | |

| USAfx | 36 videos | Body Worn Camera Videos from the U.S. Capitol January 6, 2021 | 2021-05-13 |
|---|---|---|---|
| | | **Anu Amen-Ra, Markquat**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-13.mp4<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_ST_FIRST_ST_SE.mp4<br>**Brown, Christopher**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-6.mp4<br>**Chatman, William**<br>• CDU_PLATOON_U.S._CAPITOL.mp4<br>**Daniels, Rarnesha**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_SE_ST_.mp4<br>**De'Plour, Aleksander**<br>• 20210106_-_First_Amendment_Assembly_-_Capital-2.mp4<br>• 20210106_-_First_Amendment_Assembly_-_Capital.mp4<br>**Follman, Aaron**<br>• 20210106_-_FIRST_AMMENDMENT_-_CAPITOL_BUILDING.mp4<br>**Foster, Jr., Carnell**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-2.mp4<br>**Graves, Dymone**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-11.mp4<br>**Humphrey, Maggie-May**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-12.mp4<br>**Jean-Baptiste, Tamar**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-7.mp4<br>**Johnson, Jeremiah**<br>• 20210106_First_Amendment_Capitol_Building_FIRST_ST_SE.mp4<br>**Kolts, Oscar**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-10.mp4<br><br>**Lazo, Martha**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-8.mp4<br>**Lepe, Lee**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_ | |

U.S_CAPITOL_FIRST_STREET_SE.mp4

**Lucas, Roderick**
- 20210106_-_RIOT_-_THE_CAPITOL-2.mp4
- 20210106_-_RIOT_-_THE_CAPITOL-3.mp4
- 20210106_-_RIOT_-_THE_CAPITOL-4.mp4
- 20210106_-_RIOT_-_THE_CAPITOL.mp4

**McClinton, Hanif**
- 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-5.mp4

**Mendoza, Jose**
- 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-3.mp4
- 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-9.mp4

**Monroe, Jonathan**
- 20210106-FIRST_AMENDMENT-FIRST_ST_SE.mp4

**Murphy, Mchauley**
- 20210106_FIRST_AMENDMENT_ASSEMBLY_US_CAPITOL_FIRST_ST_SE.mp4

**Muzzey, Michael**
- 20210106-FIRST_AMENDMENT_ASSEMBLY-CAPITOL.mp4

**Rice, Richard**
- 20210106_-_Riot_-_Capitol.mp4

**Rios, Cynthia**
- 20210106_FIRST_AMENMENT_U.S_CAPITOL_FIRST_ST_SE_.mp4

**Ruiz, Roy**
- 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE-4.mp4
- 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_FIRST_ST_SE.mp4

**Sheldon, Peter**
- 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_BUILDING_FIRST_ST_SE-2.mp4
- 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_BUILDING_FIRST_ST_SE-3.mp4
- 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_BUILDING_FIRST_ST_SE-4.mp4
- 20210106_FIRST_AMENDMENT_ASSEMBLY_U.S_CAPITOL_BUILDING_FIRST_ST_SE.mp4

**Simpson, Derron**
- 20210106_FIRST_AMENDMENT_U.S_CAPITOL_FIRST_ST_SE_.mp4

|  |  | **Weinfeld, Savyon**<br>• 20210106_FIRST_AMENDMENT_ASSEMBLY_ US_CAPITOL_BUILDING_FIRST_ST_SE.mp4 |  |
|---|---|---|---|

Please be advised that we anticipate providing additional discovery in this case.

B. <u>Government's Discovery Requests</u>

The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

(1) notice of documents and tangible objects the defendant expects to introduce;
(2) a <u>Jencks</u> request for all prior statements of any defense witness (excluding the defendant);
(3) a <u>Lewis</u> request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and
(4) a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, we note our continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

C. <u>Upcoming Discovery</u>

In addition to the BWC files mentioned, the government anticipates providing numerous files related to the Mellis casefile in the coming weeks. Some of it will be duplicative, but will be provided nonetheless. Like the files being provided in connection with this letter, all the files will be re-disclosed once processed and bates-stamped by the discovery team.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or

scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. See Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant provide the government with the appropriate written notice if defendant plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

II.   **Contact Information**

If you have any questions about the information provided above, you may contact me by telephone, fax, or mail; as provided below.

Emory V. Cole
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov

                 Respectfully,

                 CHANNING D. PHILLIPS
                 ACTING UNITED STATES ATTORNEY

         By: */s/ Emory V. Cole*
             Emory V. Cole
             Assistant United States Attorney