UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 21-206(EMS) |
| JONATHAN MELLIS | : |
| Defendant | : |

**MOTION FOR TEMPORARY RELEASE**

Comes Now, Defendant, Jonathan Mellis, by and thru counsel, Thomas Abbenante, who respectfully requests that this Honorable Court release the defendant from custody for one week to allow the defendant to attend the funeral services for his father, who passed away suddenly on May 17, 2021. As grounds, defendant submits the following information.

1. Defendant is before this Court charged with alleged crimes arising out of the storming of the Capitol on January 6, 2021. The officer that was the alleged victim of the assault was not seriously injured. The defendant has remained incarcerated since his arrest and has been a model prisoner at the Central Treatment Center. The defendant is awaiting a plea offer from the government to determine if this matter can be resolved prior to trial.

2. On May 17, 2021 the defendant's father, Gennaro "Jerry" Mellis passed away suddenly. Attached with this motion is a letter from the local funeral home detailing the schedule for the services. Defendant requests that he be released

on Saturday or Sunday, May 22nd or 23rd, to attend the services for his father and return to custody, May 29th, 2021. He will reside with his mother , Donna Mellis, at 234 Robertson Street, Williamsburg, Virginia 23185. He will abide by a 9:00 p.m. curfew and his sister, Jennifer Mellis has agreed that she will notify the Court immediately if Mr. Mellis violates any of these conditions. He will be transported to and from the Jail by a responsible local real estate agent Kelly Wilde who resides in McLean, Virginia.

    WHEREFORE, the foregoing premises considered, defendant prays that this motion be granted.

Respectfully submitted,

_____/s/_____
Thomas Abbenante  227934
888 17th Street NW
Suite 1200
Washington, DC 20006
202-223-6539
Facsimile No. 202-223-6625
tabbenante@aol.com