

Celebrating Life. Since 1892.

May 19, 2021

To whom it may concern:

Gennaro "Jerry" Mellis passed away on May 17, 2021. The Mellis family has entrusted Nelsen Funeral Home & Crematory with handling his funeral arrangements.

Arrangements have been scheduled as follows:

The visitation will be held at Nelsen Funeral Home, 3785 Strawberry Plains Rd., Williamsburg, VA 23188 from 2:00 – 4:00 PM and 7:00 – 9:00 PM on Tuesday, May 25, 2021.

The funeral service will be held at St. Bede Catholic Church, 3686 Ironbound Rd., Williamsburg, VA 23188 on Wednesday, May 26, 2021 at 12:00 PM.

An interment date is still pending, and will be scheduled by St. Bede Catholic Church.

If you need any further information, please do not hesitate to reach out to us at 757-565-1141 or via email at williamsburg@nelsencares.com.

Regards,

*Elaine Gibavic*

Elaine Gibavic
Office Manager
Nelsen Funeral Home & Crematory
3785 Strawberry Plains Road
Williamsburg, VA 23188
(757) – 565 – 1141
williamsburg@nelsencares.com

**Ashland**
412 South Washington Highway
Ashland, VA 23005
804-798-8369

**Richmond**
4650 South Laburnum Avenue
Richmond, VA 23231
804-222-8601

**Williamsburg**
3785 Strawberry Plains Road
Williamsburg, VA 23188
757-565-1141