The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

January 13, 2022

Dear Judge Sullivan,

    Johnathan Mellis is an inspiring individual who has overcome obstacles and has shown himself to be a good and decent person. Within the past years, he has impacted the lives of others by devoting his life to various charitable events that improved the Middle Tennessee community. He volunteered in the kitchen preparing meals for Meals on Wheels for Wilson County elderly. Jonathan also collaborated with other individuals to help within the community in many ways such as: participating in street clean-up efforts, post tornado debris removal, and providing food and clothing for the homeless.

    Thank you for your time and consideration.

    Respectfully,

    /s/

Aaron Mellis