January 14, 2022

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
333 Constitution Avenue NW, Washington, DC 20001

Dear Judge Sullivan,

I would like to thank you for accepting this letter on behalf of Jonathan Mellis. In your presiding over his case throughout these eleven months, I have been comforted by your simple but sincere inquiries into his condition. Although not required, they have indicated your humanity. That glimmer of humanity we have both been so grateful for.  Although I am not as well-versed in your history, I know that Jon has great admiration for your honorable career in a defense of justice that on occasion has also required great courage. I say this sincerely so that you know the respect he has for you.

I would like to say a word about the man I know. Jon is a good man with great humanity and generosity in him. He has what is called a servant's heart. As an example, just last month when Jon found out that the conditions of the entire jail were as bad (or worse) as they were in his housing unit, he rallied the rest of his pod and started a fundraiser for General Population inmates families for Christmas. He got the fundraiser some publicity on a popular news blog and managed to raise $14,362. (You can see the fundraiser, which is now closed, at www.givesendgo.com/jan6fordckids) By talking to one of the facility guards, he learned which local charities support DC jail inmates' families. The money was then donated to the local chapter of Angel Tree. He did this almost single-handedly despite obvious constraints and the weight of the world upon him, for no other reason than uplifting his fellow citizens. He lives to help others, and I hope this one recent example shows the kind of man he is —the kind of man who cares for the people in his community.

Your Honor, if the motion for bond is granted, I will be the party responsible for him. I wanted to introduce myself to the court. I am an executive's assistant in Hendersonville, Tennessee and I manage the office here. On the side, I maintain a book of clients in my own graphic design and marketing business. I live a quiet and responsible life and take my word very seriously.  I respect and love my country with all of my heart, and I will take responsibility for Jon upon his release.

I know that Jon loves his country. He has a deep appreciation for our democracy, and for the beautiful land we call home. I believe the broad swath of "anti-democratic" characterizations in the media have greatly bruised his heart. I know that when this dark chapter of his life closes, he will get to work immediately trying to redeem the time lost in love and service to his family, community, and the country he loves.

Thank you for your consideration and for taking the time to read this letter,

With great respect,

*Kelly Wilde*

Kelly Wilde



One of our last meals together 12 months ago