**PRICE BENOWITZ LLP**

409 7TH STREET, NW
SUITE 200
WASHINGTON, DC 20004
OFFICE: (202) 417-6000
FAX:    (202) 664-1331

DAVID BENOWITZ — ADMITTED DC, MD & VA
KERRI CASTELLINI — ADMITTED DC & MD
KUSH ARORA — ADMITTED MD & DC
JOHN YANNONE — ADMITTED MD & DC
SHAWN SUKUMAR — ADMITTED DC
FARRAL HABER — ADMITTED FL, VA & DC
ARREN WALDREP — ADMITTED DC, MD & SC
JASON MOORE — ADMITTED VA
TONY MUNTER — ADMITTED DC & MA
*JESSE STEIN — ADMITTED DC, MD, VA & NY
MATTHEW WILSON — ADMITTED MD & DC
KENNETH LaDUCA — ADMITTED DC, MD & VA
RAMMY BARBARI — ADMITTED DC & VA
SERGUEI AKITI — ADMITTED DC & MD
JEFFREY SOLOF — ADMITTED MD
BRANDON NORTHINGTON — ADMITTED DC & MD
THOMAS EILER — ADMITTED MD
STEPHANIE HADDAD — ADMITTED MD

SETH PRICE — ADMITTED DC & NY
KARIN RILEY PORTER — ADMITTED VA
STEVEN L. DUCKETT, JR — ADMITTED VA
JOEL NIED — ADMITTED VA, PA & GA
SETH OKIN — ADMITTED MD
OLEG FASTOVSKY — ADMITTED MD
MITCHELL GREENBERG — ADMITTED MD & DC
TAMMY BEGUN — ADMITTED MD
PATRICK WOOLLEY — ADMITTED VA
DAYNE PHILLIPS — ADMITTED SC
CHAD SHELTON — ADMITTED SC
JAEL GILREATH — ADMITTED SC
CHAD PROPST — ADMITTED SC
ANDREW LINDSEY — ADMITTED VA
NICHOLAS STAMATIS — ADMITTED MD, DC & VA
DAMIEN SMITH — ADMITTED VA
SAKEENA FARHATH — ADMITTED VA
*SHAHROO YAZDANI — ADMITTED MD

*OF COUNSEL

110 NORTH WASHINGTON STREET, SUITE 200
ROCKVILLE MD 20850

10505 JUDICIAL DRIVE, SUITE 101
FAIRFAX, VA 22030

May 11, 2022

The Honorable Emmet Sullivan
Senior United States District Judge
United States District Court for
    the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Sullivan,

    I want to tell you that, from the bottom of my heart, I denounce and reject violence in all forms. I love this country and I have immense respect for our system of government. I had no intention nor desire to see the events of January 6, 2021 unfold the way that they did.

    I want you to know that if I am released on bond to prepare for my trial I will be on my best behavior and I will follow all rules and regulations given to me. I will show our government the respect it deserves and I will show this Court the respect it deserves. In the last 15 months of incarceration I have had zero disciplinary infractions. Thank you and God bless you.

Sincerely,

/s/

Jonathan Mellis