May 2, 2022

To Whom it May Concern,

My son, Jonathan Mellis, as a mature man has never been anything but caring and supportive to those in and outside of his family.  He is never violent toward others.  Rather, he is quick to come to the aid and defense of anyone in harm's way.

Jonathan has been incarcerated for 15 months without a bond hearing.

His father, who he was very close to, passed away 3 months after Jonathan was taken away.  Not being able to say goodbye to his father and be with his family is one of the cruelest punishments to try to recover from.

Yes, as his mother I am devoted to him, but I am an honest citizen.    I have always been truthful with and toward my children, to the point of having them question my motherhood vs blunt honesty with them.

                                                 Sincerely,

                                                 Donna Mellis  (Mother of Jonathan Mellis)