UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) | |
| v. | ) ) | Criminal No. 21-cr-206-1 (EGS) |
| **JONATHAN MELLIS** **Defendant.** | ) ) ) ) ) | |

**DEFENDANT'S SECOND SUPPLEMENT TO MOTION TO**
**RECONSIDER PRETRIAL DETENTION**

Defendant Jonathan Mellis, by and through undersigned counsel, respectfully supplements his motion to reconsider his release from detention.

*Third-Party Custodian*

At the detention hearing on June 3, 2022, the Court exhibited some concern regarding Kelly, Wilde, the potential third-party custodian proposed by the defense. Counsel has submitted three (3) letters written by those who know Ms. Wilde. One is written by Ms. Wilde's father, William Horn, who spent thirty-four (34) years with Customs and Border Protection in various capacities.[1] Another is submitted by Alison Beach,[2] who knows Ms. Wilde both professionally and personally, and the third is written by Peter Leggett,[3] who currently employs Ms. Wilde in Tennessee.

---

[1] Exhibit A.

[2] Exhibit B.

[3] Exhibit C.

1

*Fundraising Efforts*

The government attempted to paint Mr. Mellis' efforts to raise money while incarcerated to hire competent counsel as somehow nefarious. In addition to raising money in support of his constitutionally guaranteed right to counsel, Mr. Mellis has also been a part of a fundraising campaign[4] to provide financial support to the children of inmates from Washington, DC in the general population at the DC Jail. Counsel has submitted documentation of that campaign as part of this Supplement.[5]

*United States v. Michael Foy*

Counsel has submitted the Affidavit in Support of Arrest Warrant[6] concerning Michael Foy[7] in order to highlight far more egregious nature of the conduct Mr. Foy engaged in on January 6, 2021 in comparison to Mr. Mellis.

*Chart Contrasting Beddingfield and Foy From Mellis*

Counsel submits the chart below which shows the sharp contrast between various key components of the Beddingfield and Foy matters and that of Mr. Mellis:

| Category | Beddingfield | Foy | Mellis |
|---|---|---|---|
| Brought weapon to the Capitol | Yes | Yes | No |
| Length and Number of Incident(s) | Multiple incidents of assaultive conduct | Multiple incidents of assaultive conduct | One – approximately 10 seconds |
| Action(s) | Multiple strikes | Numerous overhead strikes with hockey stick | Three (3) – four (4) pokes with a stick |

---

[4] Exhibit D.

[5] Exhibit E.

[6] Exhibit F.

[7] 1:21-cr-108-TSC (ECF 1-1).

| Entered the Capitol | Yes | Yes | No |
|---|---|---|---|
| Criminal Record | Pending – Attempted Murder | No | Yes<br>Not on supervision |

WHEREFORE, Jonathan Mellis respectfully reiterates his request that the Court release him from detention.

Respectfully submitted,

____/s/_____
David Benowitz
D.C. Bar No. 451557
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC 20004
David@PriceBenowitz.com

*Counsel for Jonathan Mellis*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2022, a copy of the foregoing Second Supplement was served on all parties via the CM/ECF system.

____/s/_____
David Benowitz