The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

June 5, 2022

To Whom It May Concern:

It has come to my attention that my daughter, Kelly Wilde, is under consideration for housing and hosting an individual, Jonathan Mellis, who will be released on bond to her while he awaits his time to present himself for trial in the District of Columbia.

Four years ago, I retired from Customs and Border Protection in the Department of Homeland Security after a 34-year career in public service. My daughter has been raised to respect the law and to be an exemplary citizen. She has been encouraged to work within the system to effect the changes that she would like to see become reality, and I am absolutely convinced that she will ensure that Mr. Mellis will present himself promptly when required.

I live about 10 minutes away from Kelly and you can rest assured I will be in constant contact to further ensure that this temporary situation is properly monitored.

During my time with CBP, I held the position of Acting Assistant Commissioner for Public Affairs for eight years and still speak with many of the executives, so I will by no means do anything to endanger those friendships. I believe that this particular situation must be resolved justly and fairly, and that is Kelly's reason for her involvement.

Thank you for your consideration,

William Anthony
111 17th Avenue
Nashville, TN 37203