June 5, 2022

Honorable Judge Sullivan,

I am writing this character reference letter re Kelly Wilde, who has been one of my closest friends for the last 7 years. I am proud to say I know her closely, both professionally and personally.

When I met Kelly, it was both of our first days on what is now a very large and successful real estate team in Northern Virginia. Over the years, I watched her relentlessly improve herself professionally. She always had a big heart for her clients and her ethics were uncompromising. Our team would match appointments by personality type, and Kelly would consistently get the appointment that required more compassionate understanding, or the navigating of difficult emotional events like divorce or the death of a loved one.

Kelly always did what was right, and when she didn't know, she was determined to find the answer by consulting multiple knowledgeable authorities. At times when it didn't make sense for the client to buy or sell, she would say so rather than push them into a transaction. "Ms. Lily" is one client process that stood out to me. She was an 80-something single woman from Hong Kong without any children. Kelly showed her over 40 properties (picking her up at her home and driving her to every appointment) before it became clear that her current home was much more comfortable and better suited than anything on the market. After leaving the case, she kept in touch with Ms. Lily and helped her find someone to install a special television cable box for her and even drove her to tour a senior living community when no one else was able to do so.

For context, any "leads" that are not converted into "closed sales" resulted in lower quality appointments, less appointments, and more mandatory training sessions for agents on that real estate team. The "cost" for doing what was right was never a consideration. Kelly has and always will do what is right, even when it is not easy or popular, and will passionately stand up for what she believes in.  I know this and can confirm it wholeheartedly.

I am highly confident that Kelly will be a reliable and honest custodian for Jonathan Mellis while he awaits trial.

With all of my respect,

Alison Beach