The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
333 Constitution Avenue NW, Washington, DC 20001

June 5, 2022

To Whom It May Concern:

My name is Peter Leggett and I own multiple businesses—including several large skilled nursing facilities, music publishing companies, and a commercial real estate development firm.

I have been a close friend of Kelly Wilde's father for over four decades, and I have known Kelly her entire life.

When Kelly decided to move to Nashville, I immediately offered her a job managing my office in Hendersonville. She is responsible for managing our commercial tenants and a variety of administrative tasks that keep this office running—reviewing contracts, managing my calendar, and supporting daily business operations. She also does creative work for any special design or video projects for our multiple businesses and properties.

Kelly has proven herself to be reliable worker. In twelve months she has never once been late or called out sick. She handles large banking transactions and confidential information with great sensitivity. She even jumped at helping my wife and I with a major move, running emergency supplies and pizza out to the movers during an excruciating two-week effort. I can say with certainty that she is a wonderful young woman with outstanding character.

Kelly's father and I see each other at least a few times a month, and speak on at least a weekly basis. We have both wanted to make sure she is safe and thriving while we are here to watch her. I know that he is proud of her and after the last twelve months of working with her daily, I see why.

I hope the court will accept this assurance that Kelly is a gracious, trustworthy and upstanding woman with integrity and character.

Thank you,
Peter Leggett

111 Imperial Blvd F400
Hendersonville, TN 37075



Every year my company sponsors the Gallatin Police Department's "Shop with a Cop" Santa Classic Golf Tournament charity fundraiser. Here we are at this year's event. I played while Kelly volunteered at the concessions stand.