# For Christmas the Jan. 6 DC Prisoners Are Raising Money for the Children of General Population — Please Donate to the Children

By **Jim Hoft**
Published December 3, 2021 at 7:15am
**69 Comments**

Share | Tweet | Share to Gab | Telegram | Gettr



*This letter is from Jon Mellis in the Patriot Pod at the DC jail.*

Jonathan Gennara Mellis is imprisoned in Washington DC without trial following the January 6th riots at the US Capitol.  Jonathan is held by the Biden Department of Justice and has no idea when how long he will be confined for striking police officers who were striking protesters with batons outside the US Capitol.

Jon and the J-6ers are living confined in their dirty cells, abused by the guards and until the government feels like holding a trial.

But this Christmas, rather than focusing on their own plight the J6ers are hoping to raise money for the children of prisoners in the general population.

What a noble cause!

** **You can donate to the children of prisoners for Christmas [HERE](#).**

Branded Links

This is what the J6ers want to do for Christmas for those in the general population at the DC jail.

**They want to raise money for the kids of those in the general population.**

*This is Jonathan's letter:*

The best feeling in the world is making someone's life easier. To truly bring happiness to a fellow human is so gratifying it is addictive. It is especially divine to bring joy to a child. Children are too innocent to understand misfortune, when they lose a parent, or grow up in poverty. We all know the rule to respect our elders, but we should also entertain and amuse our children. It takes a village. We should show the children of our community love and affection.

Right now for us Jan 6ers in the DC jail our local community is DC. Christmas is coming up fast and for us Patriots who love to normally be involved in our communities throughout the year, this is especially the time of year we want to give back. We find ourselves in a unique position. We have an interesting ability to raise money AND we are

living in a large city with lots of children who may be living under difficult circumstances for the Holidays.

As the Jan 6ers living in the Patriot Pod in the DC jail, we know how horrible the conditions are here. So we have quite the soft spot for our brothers in general population. These inhumane conditions are only one aspect to the nightmare this city puts our brothers through. They grew up in DC, went to school here, got their first job here, and have children here. The opportunities and safety this city offered them are slim to none. Now as a result of that they are in this disgusting and inhumane DC jail with us. Who is supposed to supply a joyful Holiday season to their children if they are trapped in here because of a system that doesn't care?

We Jan 6ers feel terrible about innocent children being caught in the middle of such a heartless and dangerous cycle. We will never be able to make the courts send their fathers home. We can't replace the joy of the Holidays with their fathers. But what we can do is help raise funds for these children. Maybe we can make them smile, even if its just for an hour. It will be worth it for one smile.

So we are calling on our supporters around the country to make these DC kids smile a reality. We will be specifically looking to reach all of the children of our brothers in the DC jail. Then we will be looking to donate large checks to children's programs around DC. Churches, Mosques, Temples, and any organization helping the children of our nations Capital will be considered. Please support this cause. If you care about the Jan 6ers and our happiness and wellbeing, I implore you to donate to this cause. We want all of you to bless everyone less fortunate than yourself regardless of where they are from, their religion, or their race. We are all brothers and sisters. We are all struggling together and we need to help each other as best we can. Let's show the world that our Movement is a Movement of goodness and love. Let's show the world who we really are. It's time the Earth gets comes together once and for all. Let's bring some smiles to the

faces of our children in Washington DC. Let's show them that we love them.

**God bless you and God bless America.**

Merry Christmas,
**Jonathan Mellis and the Jan 6ers of the DC jail**

*Jon Mellis*