

**PRICE BENOWITZ LLP**

David Benowitz <david@pricebenowitz.com>

## Fwd: Donation on Behalf of "Jan 6 for DC Kids Christmas Initiative"

1 message

**Randy Ireland**      Sun, Jun 5, 2022 at 9:31 PM
To:

Here i confirmation

Warmest Regards,
Randy Ireland, co-Founder

CAPP (Citizens Against Political Persecution)
(347) 543-2589
Randy@CitizensAPP.us
www.CitizensAPP.us

---

**From:** Randy Ireland
**Sent:** Wednesday, December 22, 2021 4:27:43 PM
**To:** Tammy Hegner
**Cc:** Glory Muguertegui
**Subject:** Re: Donation on Behalf of "Jan 6 for DC Kids Christmas Initiative"

Great, thanks for letting me know! Happiest of Holidays to you and the entire team! Thanks again so much for what all of you do!

Warmest Regards,
Randy Ireland, co Founder

CAPP (Citizens Against Political Persecution)
(347) 543-2589
Randy@CitizensAPP.us
www.CitizensAPP.us

---

**From:** Tammy Hegner <tammy_hegner@pfm.org>
**Sent:** Wednesday, December 22, 2021 3 45 55 PM
**To:** Randy Ireland <randy@citizensapp.us>
**Cc:** Glory Muguertegui      ; Pierce Woo
**Subject:** RE: Donation on Behalf of "Jan 6 for DC Kids Christmas Initiative"

Hello,

We did receive this wire. Thank you again for your generosity!

Merry Christmas!

**TAMMY HEGNER**
Sr. Business Operations Manager

**From:** Randy Ireland <randy@citizensapp.us>
**Sent:** Wednesday, December 22, 2021 11:26 AM
**To:** Tammy Hegner <tammy_hegner@pfm.org>
**Cc:** Glory Muguertegui <glory_muguertegui@pfm.org>; Pierce Woo <pierce_woo@pfm.org>
**Subject:** RE: Donation on Behalf of "Jan 6 for DC Kids Christmas Initiative"
**Importance:** High

> **EXTERNAL EMAIL**
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender, recognize their email address, and know the content is safe.

Hi!

Could I please receive confirmation that this Wire Transfer was indeed received, and that the proceeds dispersed will indeed be going to the Washington DC area of Angel Tree?

Thanks so much!

Warmest Regards,

Randy Ireland, co-Founder

CAPP (Citizens Against Political Persecution)

(347) 543-2589

Randy@CitizensAPP.us

www.CitizensAPP.us

---

**From:** Randy Ireland
**Sent:** Monday, December 20, 2021 4:08 PM
**To:** Tammy Hegner <tammy_hegner@pfm.org>
**Cc:** Glory Muguertegui <glory_muguertegui@pfm.org>; pierce_woo@pfm.org
**Subject:** RE: Donation on Behalf of "Jan 6 for DC Kids Christmas Initiative"

Tammy,

Thank you so much for getting me this information so quickly.

I have just initiated a Wire Transfer in the amount of $13, 678.21 from Citizens Against Political Persecution, Inc. Please confirm for me when this payment has been received. I am attaching the confirmation for your reference.



Thanks again, and thank you so much for everything that your organization does on behalf of those incarcerated throughout the US!

Warme t Regard ,

Randy Ireland, co Founder

CAPP (Citizen Again t Political Per ecution)

(347) 543 2589

Randy@Citizen APP u

www Citizen APP u

**From:** Tammy Hegner <tammy_hegner@pfm.org>
**Sent:** Monday, December 20, 2021 3:52 PM
**To:** Randy Ireland <randy@citizensapp.us>
**Cc:** Glory Muguertegui <glory_muguertegui@pfm.org>
**Subject:** RE: Donation on Behalf of "Jan 6 for DC Kids Christmas Initiative"

Hi, Randy,

Thank you so much for reaching out! I have attached our EFT instructions for you here. Let me know if you have any questions.

Your generosity is greatly appreciated! Merry Christmas!

**TAMMY HEGNER**

Sr. Business Operations Manager

---

**From:** Randy Ireland <randy@citizensapp.us>
**Sent:** Monday, December 20, 2021 3:45 PM
**To:** Tammy Hegner <tammy_hegner@pfm.org>
**Cc:** Glory Muguertegui <glory_muguertegui@pfm.org>
**Subject:** Donation on Behalf of "Jan 6 for DC Kids Christmas Initiative"
**Importance:** High

> **EXTERNAL EMAIL**
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender, recognize their email address, and know the content is safe.

Hi Tammy and Glory,

It was great speaking with you, Glory – thank you so much for your time!

I have a donation presently at $13,678.21 that I need to get to your organization, specifically for providing Christmas Gifts to Washington DC area children. This donation is the result of a fundraiser the J6 Detainees in the Washington DC specifically request that we set up on the crowdfunding platform of GiveSendGo (GiveSendGo - Jan 6 For DC Kids Christmas Initiative).

While the fundraiser will be going on through this Friday, I did want to reach out and get the proceeds received to date to your organization. What is the fastest way to make this happen? Could I wire these funds to Angel Tree? Please provide me with necessary information or directions when you get a moment.

Thanks so very much for all your help with this – very much appreciated.

Warmest Regards,

Randy Ireland, co-Founder

CAPP (Citizens Against Political Persecution)

(347) 543-2589

Randy@CitizensAPP.us

www.CitizensAPP.us

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.