September 20, 2022

Re: Jonathan Gennaro Mellis

To Whom It May Concern:

As a mother, it is heartbreaking to expose private family matters.

This letter is about my eldest son, Adam Mellis.  He is 14 years, Jonathan's senior.  As a young child, it was obvious he had a learning disability due to a traumatic birth event.  My husband and I sought out every available resource to help him.  Unfortunately, the resources we have now were not available in the 1970s.  As his younger siblings grew and were clearly more mentally adept than Adam, he grew angry and resentful.

Adam has been involved with someone who, for many reasons, the entire family has advised him to be cautious of.  Adam's behavior toward the family led to my husband disowning Adam in May of 2020.  When Jonathan voiced his opinion of Adam's girlfriend, Adam became angry and vengeful toward Jonathan.

Jonathan is an extremely caring person to a fault.  After my husband disowned Adam, Jonathan had major concerns about Adam "living under a bridge in his senior years" and called upon his siblings insisting they come up with a plan to help Adam.

The thought that my son, Adam, would react vengefully to his brother after a disagreement has broken my heart.

Respectfully,

Donna Mellis