September 20, 2022

Re: Jonathan Gennaro Mellis

To Whom It May Concern:

I am writing this letter to rebut the interview my brother Adam gave the FBI in March of 2021.

Adam was apparently interviewed by the FBI in March of 2021 and then recently wrote a character reference for our brother this year.  It is obvious that Adam was having his own issues when the FBI interviewed him.

Adam's girlfriend has a history of manipulating Adam to be upset with family members and others.  She has a history of attempting to manipulate our family members, as well.  When this does not work and she has been called out on her actions, she instigates drama and manipulates Adam to get angry with said family members.  This behavior has resulted in a separation of family ties.  She has done this with Jonathan and Adam and tried to sever their relationship.

Very simply, Jonathan Gennaro Mellis is a person who is always helping those that cannot help themselves.  He is a kind and generous human being.

We are all human and have faults. Remember, "he without sin may cast the first stone".

I am Jonathan's sister.  The eldest child in the family, the only girl, and sixteen years older than Jonathan.  I am not sure how a letter from me will be received but I felt the need to say something.

Regards,

Jennifer Mellis