<u>Statement of Aaron Mellis</u>

To whom it may concern,

    I'm writing in reference to the character of Adam Gennaro Mellis the brother of myself and Jonathan Gennaro Mellis. It has come to my attention that my brother Adam made some negative comments in an FBI interview in March 2021. I would like to point out that knowing these two individuals my entire life I can unequivocally state that there is no basis to the claims made by Adam Mellis. Jonathan Mellis is not nor has he been a political extremist. The picture painted by Adam Mellis is one of a distraught and delusioned man who aimed to obtain personal satisfaction not justice nor truth. The statement given by Adam Mellis is not one of a competent nor trustworthy man.

Aaron Gennaro Mellis