UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 21-CR-206 (EGS) |
| | : | |
| **v.** | : | |
| **JONATHAN GENNARO MELLIS,** | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has previously provided counsel for the defendant additional discovery via email on October 1, 2022 in the above-mentioned case as outlined in the government's attached discovery letter dated October 7, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Emory V. Cole*
EMORY V. COLE
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7692
Emory.Cole@usdoj.gov

## CERTIFICATE OF SERVICE

On October 7, 2022, a copy of the foregoing notice and attached discovery letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the discovery letter.

/s/ Emory V. Cole
Emory V. Cole
Assistant United States Attorney