

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

October 7, 2022

**By USAfx**
David Barry Benowitz
PRICE BENOWITZ LLP
409 Seventh Street, NW, Suite 200
Washington, DC 20004
(202) 417-6000
Fax: (202) 664-1331
Email: david@pricebenowitz.com
*Counsel for Defendant*

      Re: *United States v. Jonathan Gennaro Mellis*
         Criminal No.: 21-CR-206 (EGS)

Dear Counsel:

  I write to provide you with notice that additional discovery in the above-referenced case was provided on October 1, 2022 pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

| Platform | Quantity | Description | Production Date |
|---|---|---|---|
| **Email** | 2 pdfs | FBI 302s<br>• Phone_Interview_of_Sam_Barnes.pdf<br>• U_Interview_of_Adam_Mellis.pdf | 2022-10-01 |

  Please be advised that we anticipate providing additional discovery in this case.

  A. Government's Discovery Requests

  The government hereby makes a reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

  (1) notice of documents and tangible objects the defendant expects to introduce;
  (2) a Jencks request for all prior statements of any defense witness (excluding the defendant);
  (3) a Lewis request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and

(4) a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, we note our continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

II.     **Contact Information**

If you have any questions about the information provided above, you may contact me by telephone, fax, or mail as provided below.

Emory V. Cole
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7692
Emory.Cole@usdoj.gov

                                          Respectfully,

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY

By:     _/s/ *Emory V. Cole*_____
        Emory V. Cole
        Assistant United States Attorney