UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case No. 21-CR-206 (RDM) |
| : | |
| v. : | |
| : | |
| **JONATHAN MELLIS,** : | |
| : | |
| **Defendant.** : | |

### JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the above defendant, by and through his counsel, David Benowitz, Esq., respectfully submit this Joint Status Report in the above-mentioned matter. In support of this Joint Status Report, the parties rely on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter.

1) For his conduct on January 6, 2021, Mellis is charged by Indictment with: (1) Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); (2) Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) and 2; (3) Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. §§ 111(a)(1) and (b); (4) Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ l752(a)(1) and (b)(l)(A); (5) Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(2) and (b)(l)(A); (6) Impeding Ingress and Egress in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ l 752(a)(3) and (b)(l)(A); (7) Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ l752(a)(4) and (b)(I )(A); (8) Disorderly Conduct in a

Capitol Building, in violation of 40 U.S.C. §§ 5104(e)(2)(D); (9) Impeding Passage Through the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(E); and (10) Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F).

2) By way of this Court's Minute Order dated October 18, 2022, directing the parties "[i]n light of the reassignment of this case and a conflict in the Court's calendar, the hearing set for tomorrow, October 19, 2022, is hereby VACATED and RESCHEDULED for October 27, 2022, at 9:00 a.m., via Zoom. It is further ORDERED that the parties shall file a status report informing the Court about the general nature and status of this case on or before October 21, 2022."

3) In that regard, undersigned counsel for the government and counsel for the defendant respectfully request that the Court set a status hearing in this matter for approximately sixty (60) days because the parties are still discussing a possible non-trial disposition in this matter and counsel for the defendant further states that he is currently in a jury trial in Virginia for approximately the next four to six weeks.

3) If granted, the parties will reach out to the Court's courtroom deputy to obtain the available date(s) for the Court and parties.

4) Accordingly, undersigned counsel for the government can represent that counsel for the defendant joins in this motion and further advise the Court that the defendant agrees that the Speedy Trial Clock, pursuant to the Speedy Trial Act 18 U.S. Code § 3161, should be tolled until the next status hearing in this matter.

4) Wherefore, the parties give this Court the current status of this matter and respectfully request a status hearing in approximately sixty (60) days or whatever date is consistent with the Court's calendar.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:   /s/ Emory V. Cole
      Emory V. Cole
      PA. Bar #49136
      Assistant United States Attorney
      United States Attorney's Office for D.C.
      601 D Street, N.W.
      Washington, D.C. 20530
      E-mail: Emory.Cole@usdoj.gov
      Telephone: (202) 252-7692