**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 21-CR-206 (RDM) |
| | : | |
| v. | : | |
| | : | |
| **JONATHAN MELLIS,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the above defendant, by and through his counsel, David Benowitz, Esq., respectfully submit this Joint Status Report in the above-mentioned matter. In support of this Joint Status Report, the parties rely on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter.

1) For his alleged conduct on January 6, 2021, Mr. Mellis is charged by Indictment, *inter alia*, with Civil Disorder, in violation of 18 U.S.C. § 231(a)(3) and other related criminal offenses.

2) By way of this Court's Minute Order dated November 7, 2022, directing the parties, *inter alia*, to file a further joint status report on or before January 6, 2023, informing the Court of the current status of this case and the Court set a hearing in this matter for January 19, 2023, at 9 a.m.

3) In that regard, undersigned counsel for the government and counsel for the defendant respectfully request that the Court set a new hearing date for the Defendant's motion for reconsideration of pretrial detention to approximately forty-five (45) days to sixty (60) days, or whatever date is consistent with the Court's calendar. More broadly, the parties are still in discussions regarding a possible non-trial disposition in this matter.

4) Further, counsel for the defendant represents that he was in an extended seven (7) week jury trial in the City of Alexandria Circuit Court in Virginia that concluded on December 16, 2022. Additionally, given the holidays soon thereafter, counsel for Mr. Mellis was not able to complete his discussions with Mr. Mellis. In addition, counsel for Mr. Mellis currently has a family emergency which he is attending to at this time. Consequently, counsel for Mr. Mellis needs the additional time to continue discussions with the defendant and the government with an aim of resolution.

5) If granted, the parties will reach out to the Court's courtroom deputy to obtain the available date(s) for the Court and parties.

6) Accordingly, undersigned counsel for Mr. Mellis can represent that the defendant joins in this motion and further advise the Court that the defendant agrees that the Speedy Trial Clock, pursuant to the Speedy Trial Act 18 U.S. Code § 3161, should be tolled until the next hearing in this matter.

7) Wherefore, the parties give the Court this joint status report of this matter and respectfully request a hearing in this matter approximately forty-five (45) days to sixty (60) days, or whatever date is consistent with the Court's calendar.

Respectfully submitted,
MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:  /s/ David Benowitz
David Benowitz
DC Bar # 451557
Price Benowitz LLP
7409 th Street, NW
Suite 200
Washington, DC 20004
David@PriceBenowitz.com
(202) 271-5249
Counsel for Jonathan Mellis

By:   /s/ Emory V. Cole
Emory V. Cole
PA. Bar #49136
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
Telephone: (202) 252-7692