# UNITED STATES DISTRICT COURT FOR THE
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES** | ) |
|  | ) |
| v. | ) Crim. No. 21-cr-206-RDM |
|  | ) |
| **JONATHAN MELLIS** | ) |
|  | ) |
| **Defendant.** | ) |

## CONSENT MOTION TO CONTINUE PLEA AGREEMENT HEARING

Defendant Jonathan Mellis, by and through undersigned counsel, with the consent of the United States, respectfully moves this Court to continue his plea agreement hearing, currently scheduled for May 5, 2023, at 3:00 P.M, for a period of 30 days. Counsel will coordinate with chambers to find a feasible date.

In support of this consent motion, counsel states the following:

1. Mr. Mellis is before this Court charged by Superseding Indictment with: 1) Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); 2) Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) and 2; 3) Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. §§ 111(a)(1) and (b); 4) Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ l752(a)(1) and (b)(l)(A); 5) Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(2) and (b)(l)(A); 6) Impeding Ingress and Egress in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ l752(a)(3) and (b)(l)(A); 7) Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous

Weapon, in violation of 18 U.S.C. §§ l752(a)(4) and (b)(1)(A); 8) Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C § 5104(e)(2)(D); 9) Impeding Passage Through the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(E); and 10) Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F).

2. On April 4, 2023, the parties appeared before this Court and set a plea agreement hearing for May 5, 2023.

3. The parties are still in the process of finalizing the plea paperwork and need some additional time to do so.

4. As such, counsel requests a continuance of Mr. Mellis' plea agreement hearing for a period of 30 days.

5. The parties will confer with chambers to find a feasible date.

6. The government consents to this motion.

**WHEREFORE**, for the foregoing reasons, Mr. Mellis, with the consent of the United States, respectfully requests that the Court continue his plea agreement hearing, currently scheduled for May 5, 2023, at 3:00 p.m., for a period of 30 days.

Respectfully Submitted,

____/s/_____
David Benowitz, DC Bar # 451557
*Counsel for Jonathan Mellis*
Price Benowitz LLP
409 7th Street, NW, Suite # 200
Washington, DC 20004
Phone: (202) 271-5249
Fax: (202) 664-1331
David@pricebenowitz.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of May 2023, a true copy of the foregoing Defendant's Consent Motion to Continue was served via the CM/ECF system upon all relevant parties.

                                                          ____/s/_____
                                                           David B. Benowitz