**UNITED STATES DISTRICT COURT FOR THE**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES** | ) |
|  | ) |
| v. | )   Crim. No. 21-cr-206-RDM |
|  | ) |
| **JONATHAN MELLIS** | ) |
|  | ) |
| **Defendant.** | ) |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Defendant Jonathan Mellis, by and through undersigned counsel, respectfully moves this Court to continue his sentencing hearing, currently scheduled for September 13, 2023, at 3:00 P.M, to a date in November, 2023. Counsel will coordinate with chambers to find a feasible date.

In support of this unopposed motion, counsel states the following:

1. Mr. Mellis appeared before this Court on June 12, 2023 and entered a guilty plea to Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. §§ 111(a)(1) and (b).

2. Mr. Mellis' sentencing is currently scheduled for September 13, 2023.

3. Counsel is working diligently to continue to gather sentencing materials, but will require additional time.

4. As such, counsel requests a continuance of Mr. Mellis' sentencing hearing to a date in November, 2023.

5. The government does not oppose this motion.

6. The parties will confer with chambers to find a feasible date. However, the parties are available on the following dates. Nov. 13, 14, 16. 17, 27, 28, and 30th.

**WHEREFORE**, for the foregoing reasons, Mr. Mellis respectfully requests that the Court continue his sentencing hearing, currently scheduled for September 13, 2023, at 3:00 p.m., to a date in November, 2023.

Respectfully Submitted,

\_\_\_\_/s/_____
David Benowitz, DC Bar # 451557
*Counsel for Jonathan Mellis*
Price Benowitz LLP
409 7th Street, NW, Suite # 200
Washington, DC 20004
Phone: (202) 271-5249
Fax: (202) 664-1331
David@pricebenowitz.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2023, a true copy of the foregoing Defendant's Unopposed Motion to Continue was served via the CM/ECF system upon all relevant parties.

\_\_\_\_/s/_____
David B. Benowitz