UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 21-CR-206 (RDM) |
| | : | |
| v. | : | |
| | : | |
| **JONATHAN MELLIS,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO CONTINUE THE SENTENCING HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and with the consent by and through counsel for the defendant, David Benowitz, Esq., respectfully submit this Consent Motion to Continue the Sentencing Hearing to on or about December 20, 2023, (approximately 30 days) in the above captioned matter currently scheduled for Tuesday, November 28, 2023. In support of this motion, the government relies on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter.

1)  The Court previously set the sentencing hearing in this matter for November 28, 2023, at 10:00 a.m.

2)  Because the government requests additional time to complete the necessary sentencing paperwork, the government, with consent of counsel for the defendant, requests that the sentencing hearing be continued for approximately 30 days – after discussing this instant request with the Court's courtroom deputy, the parties were made aware that the Court's schedule may accommodate this request on December 20, 2023, at 11 a.m.

3)  If granted, the parties are available and will be ready to complete the sentencing hearing on the above date. In addition, the parties will file their respective sentencing memoranda

on or before one week prior to the next sentencing hearing.

4) Wherefore, the government, with consent of counsel for the defendant, requests that the sentencing hearing be continued to on or about December 20, 2023, or whatever date is consistent with the Court's calendar.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ Emory V. Cole
Emory V. Cole
PA. Bar #49136
Assistant United States Attorney
United States Attorney's Office for D.C.
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
Telephone: (202) 252-7692