UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 1:21-cr-206-RDM |
| ) | |
| **JONATHAN MELLIS,** ) | |
| ) | |
| *Defendant.* ) | |

## NOTICE OF FILING OF EXHIBIT

Jonathan Mellis ("Mr. Mellis") by and through undersigned counsel, respectfully submits this Notice of Filing of Exhibit E to the Defendant's Memorandum in Aid of Sentencing.

Respectfully submitted,

_____/s/_____
David Benowitz
D.C. Bar No. 451557
*Counsel for Jonathan Mellis*
Price Benowitz, LLP
409 Seventh Street, NW, Suite 200
Washington, D.C. 20004
Phone: (202) 271-5249
Fax: (202) 664-1331
David@pricebenowitz.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December 2023, I caused a true and correct copy of the foregoing Memorandum to be delivered via CM/ECF to all parties in this matter.

_____/s/_____
David Benowitz