The Honorable Rudolph D. Moss

United States District Judge

United States District Court of District of Columbia

333 Constitution Avenue, NW

Washington, D.C. 20001

8/2/2023

Your Honor,

    I hope all is well. My name is Daniel Pinney. I live and work here in Williamsburg, Virginia. I'm the owner of two separate companies and an a very productive and successful member of my community. I'm writing this letter today regarding my good friend Jonathan Mellis. Jonathan has always been there for me. Through thick and thin, Jon has always been able to help me and guide me through the struggles of depression and anxiety over the years. Whether it's a bad break up or business struggles, he's always supported me when I've really had no one else. Jon is a very caring and venturous soul. He is a very hard worker as well. Over the last few years, I've given him employment and he has shined. He worked very hard for me, and I would love to get him back on a crew. A lot of us were saddened to see him get locked away. He knows he messed up big time and he's very remorseful. After almost 3 years being incarcerated, I believe he's learned his lesson your honor. I/we would love to have our friend home. I pray you find it in your heart/power to give my friend time served or a low sentence. Thank you so much for your time your honor.

Daniel Pinney